UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERKLEY NATIONAL INSURANCE COMPANY,<br>    Plaintiff,<br><br>v.<br><br>GRANITE TELECOMMUNICATIONS, LLC, ATLANTIC-NEWPORT REALTY LLC, and STEPHEN PAPSIS,<br>    Defendants,<br><br>GRANITE TELECOMMUNICATIONS, LLC and ATLANTIC-NEWPORT REALTY LLC,<br>    Counterclaim Plaintiffs,<br><br>v.<br><br>BERKLEY NATIONAL INSURANCE COMPANY,<br>    Counterclaim Defendant,<br><br>GRANITE TELECOMMUNICATIONS, LLC,<br>    Third-Party Plaintiff,<br><br>v.<br><br>LESSING'S FOOD SERVICE MANAGEMENT CORP., THE HANOVER AMERICAN INSURANCE COMPANY and THE HANOVER INSURANCE COMPANY,<br>    Third-Party Defendants. | C.A. No. 1:21-CV-10626-RGS |

### ORDER on LESSING'S FOOD SERVICE MANAGEMENT CORP.'S MOTION TO COMPEL the KEEPER OF RECORDS DEPOSITION OF MR. DRAIN

After reviewing Lessing's Food Service Management Corp.'s ("Lessing's") motion to compel documents from the Keeper of Records of Mr. Drain in Weymouth, Massachusetts, this Court hereby orders that the Keeper of Records produce the following two categories of

1

documents listed below under Schedule A to counsel for Lessing's within 7 days of receipt of this Order.

### SCHEDULE A

1. Any records of work that Mr. Drain has performed for Granite Telecommunications, LLC at 100 Newport Avenue, Quincy, MA in addition to the records previously produced as to work on 4/1/15, 8/10/16, and 11/10/16. This includes all service and preventive maintenance records.

2. Any records of work that Mr. Drain has performed for Granite Telecommunications, LLC at 150 Newport Avenue, Quincy, MA. This includes all service and preventive maintenance records.

Failure by the Keeper of the Records of Mr. Drain to comply with this Order within 7 days may result in sanctions, including an Order to pay Lessing's attorney fees associated with obtaining these records.

Date: 3/24/2022

/s/ Richard G. Stearns
Richard G. Stearns
U.S. District Judge