UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 21-CV-10626-RGS

BERKLEY NATIONAL INSURANCE COMPANY,

Plaintiff

v.

GRANITE TELECOMMUNICATIONS, LLC
and ATLANTIC-NEWPORT REALTY, LLC,

Defendants

---

GRANITE TELECOMMUNICATIONS, LLC
and ATLANTIC-NEWPORT REALTY LLC,

Counterclaim Plaintiffs,

v.

BERKLEY NATIONAL INSURANCE COMPANY,

Counterclaim Defendant.

---

GRANITE TELECOMMUNICATIONS, LLC,

Third-Party Plaintiff,

v.

LESSING'S FOOD SERVICE MANAGEMENT CORP., THE HANOVER AMERICAN INSURANCE COMPANY, and THE HANOVER INSURANCE COMPANY,

Third-Party Defendants

## SECOND AMENDED JUDGMENT

May 6, 2024

STEARNS, D.J.

Consistent with the Judgment of the United States Court of Appeals for the First Circuit entered on February 22, 2024, it is hereby ORDERED that:

1. Judgment is entered in favor of Granite Telecommunications LLC and Atlantic Newport Realty LLC on the Complaint brought by Berkley National Insurance Company,

2. Judgment is entered in favor of Lessing's Food Service Management Corporation on Counts I, II and III of the Third-Party Complaint brought by Granite Telecommunications LLC,

3. Judgment is entered in favor of The Hanover American Insurance Company and The Hanover Insurance Company on Counts IV, V and VI of the Third-Party Complaint brought by Granite Telecommunications LLC.

/s/ Richard G. Stearns
Judge Richard G. Stearns